UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YVETTE SANDERS, Individually and on Behalf of the Class, | § § § § § § § § § § § § § | |
| | | CAUSE NO. 3:14-CV-00059 |
| *Plaintiff,* | | |
| VS. | | JURY TRIAL DEMANDED |
| MONSTER WORLDWIDE, INC. D/B/A ACADEMIC ADVISORS, | | |
| *Defendant.* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# VOLUNTARY NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, who hereby voluntarily dismisses this cause of action, without prejudice, each party to bear its own costs pursuant to Federal Rule of Civil Procedure 41(a)(1). To date, the named Defendant has not served an Answer, nor has it served a Motion for Summary Judgment. Accordingly, this Notice of Dismissal is appropriate and satisfies the requirements of F.R.C.P. 41(a)(1).

RESPECTFULLY SUBMITTED,

BY: s/ John P. Wolff, III
JOHN P. WOLFF, III
State Bar No. 00793161
CHRISTOPHER K. JONES, LA Bar #28101
*Admitted Pro Hac Vice*
KEOGH, COX & WILSON, LTD.
701 Main Street
Baton Rouge, Louisiana  70802
Telephone:  (225) 383-3796
Facsimile: (225) 343-9612
Email:  jwolff@kcwlaw.com
Email:  cjones@kcwlaw.com

-and-

PHILIP BOHRER
State Bar No. 00792914
SCOTT E. BRADY, LA Bar #24976
*Admitted Pro Hac Vice*
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Email:  phil@bohrerlaw.com
Email:  scott@bohrerlaw.com

-and-

MICHAEL A. JOSEPHSON
State Bar No. 24014780
FIBICH, HAMPTON, LEEBRON, BRIGGS
& JOSEPHSON, LLP
1150 Bissonet Street
Houston, Texas 77005
Telephone: (713) 751-0025
Facsimilie: (713) 751-0030
Email:  mjosephson@fhl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2014, a copy of the foregoing Voluntary Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                s/ John P. Wolff, III
                                                JOHN P. WOLFF, III