UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YVETTE SANDERS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-59 |
| | § | |
| MONSTER WORLDWIDE, INC. D/B/A | § | |
| ACADEMIC ADVISORS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED** that this case is dismissed without prejudice.

SIGNED this 29th day of July, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation